No. 205. MYERS, ADMINISTRATRIX, *v.* ATCHISON, T. & S. F. RY. Co. Appeal from the Supreme Court of Oklahoma; and

No. 341. COUCHE *v.* LOUISIANA. Appeal from the Supreme Court of Louisiana. Decided October 11, 1937. *Per Curiam:* The appeals herein are dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925, 43 Stat. 936, 937. Treating the papers whereon the appeals were allowed as petitions for writs of certiorari, as required by § 237 (c), Judicial Code, as amended, 43 Stat. 936, 938, certiorari is denied. *Mr. R. R. Bell* for appellant in No.

205. *Mr. Alex W. Swords* for appellant in No. 341. No appearance for appellees. Reported below: No. 205, 179 Okla. 637; 69 P. (2d) 62; No. 341, 187 La. 392; 175 So. 4.